# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | * | CRIMINAL NO.: 07-00354-001 |
| v. | * | Hon. Susan D. Wigenton, U.S.D.J. |
| DILIP PATEL | * | **CONSENT ORDER RETURNING DEFENDANT'S PASSPORT** |

THIS MATTER having been opened to the Court by Defendant Dilip Patel (Christian P. Fleming, Esq., appearing) for an Order returning Defendant's passport from the United States Pretrial Services Agency; the United States of America, Paul J. Fishman, United States Attorney (AUSA, Joseph Mack appearing) having no objection; the Court having considered the recommendation of the United States Pretrial Services Agency; and for good cause shown,

WHEREFORE, IT IS on this 21st day of January 2011;

ORDERED that the United States Pretrial Services Agency return Defendant Dilip Patel's United States passport to him immediately upon receipt of this Order;

IT IS FURTHER ORDERED that all terms and conditions of probation previously imposed remain in full force and effect.

_____
CHRISTIAN P. FLEMING, ESQ.
For Defendant Dilip Patel

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

_____
AUSA, JOSEPH MACK
For the United States Attorney's Office