UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

      Plaintiff,                Criminal No. 07-354-01

  v.                        :

DIPIL PATEL                           **O R D E R**

      Defendant.      :


This matter having come before the Court by way of a motion by the defendant for early termination of probation;

It is on this **16th** day of **February, 2012** hereby ORDERED that this motion is denied.


                s/Susan D. Wigenton
                SUSAN D. WIGENTON
                United States District Judge